IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

BARBARA BEACH
　　Plaintiff

v.                                    CAL 11-29984

SEARS HOLDING CORPORATION
　　Defendant

## MEMORANDUM AND ORDER OF COURT

The court has received plaintiff's Motion to Defer Entry of Contemplated Dismissal. The court will grant this motion and give plaintiff 60 days to serve the defendant. The court will remove the hearing date of August 24, 2012 and schedule a status hearing for November 9, 2012 at 9:00 a.m.. Counsel may remove the status hearing by writing Judge Green and informing him that service has been perfected. The removal of the status hearing may only be done with an order from Judge Green.

THEREFORE, it is this 22nd day of August, 2012 by the Circuit Court for Prince George's County, Maryland

**ORDERED**, that the Motion to Defer Entry of Contemplated Dismissal is GRANTED; it is further

**ORDERED**, that the hearing of August 24, 2012 is removed from the docket; it is further

**ORDERED**, that a STATUS HEARING be held on November 9, 2012 at 9:00 a.m. before Judge Green.

_____
Leo E. Green, Jr., Judge

EXHIBIT D

(page 2)   CAL11-29384        Barbara Beach vs. Sears Holding Corporation

Copies mailed by the court to:

Shawn Hrotic, Esquire
23093 Three Notch Road
California, Maryland  20619

Sears Holding Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

Sears Roebuck and Company
568E Eustern Territory
Philadelphia, PA  00000

Sears Holding Corporation
Sv: Maryland Department of Assessments and Taxation
301 West Preston Street
Baltimore, Maryland  21201-2395

By *[signature]* Date: 8-23-2012
Esterleta Wilson (Substitute Administrative Aide)

Seventh Judicial Circuit of Maryland
JUDGE'S CHAMBERS
COURT HOUSE
UPPER MARLBORO, MARYLAND 20772

PRESORTED
FIRST CLASS

Hasler
08/23/2012
US POSTAGE $00.40
FIRST-CLASS MAIL AUTO
ZIP 20785
011D12601657

Sears Holding Corporation
3333 Beverly Road
Hoffman Estates, IL 60179